JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

THE STATE OF LOUISIANA by and through its Attorney General, Elizabeth B. Murrill, et al.

(b) County of Residence of First Listed Plaintiff: Calcasieu Parish
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Please see attached

## DEFENDANTS

JOSEPH R. BIDEN, JR. in his official capacity as President of the United States, et al.

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☒ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
5 U.S.C. § 706

Brief description of cause:
Violation of the Administrative Procedure Act, Natural Gas Act, Congressional Review Act, and Constitution

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE DOCKET NUMBER

DATE: Mar 21, 2024

SIGNATURE OF ATTORNEY OF RECORD: /s/ Morgan Brungard

FOR OFFICE USE ONLY

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

**Plaintiffs:**

THE STATE OF LOUISIANA,
By and through its Attorney General, Elizabeth B. Murrill;

THE STATE OF TEXAS,
By and through its Attorney General,
Ken Paxton;

THE STATE OF MISSISSIPPI,
By and through its Attorney General,
Lynn Fitch;

THE STATE OF ALABAMA,
By and through its Attorney General,
Steve Marshall;

THE STATE OF ALASKA,
By and through its Attorney General,
Treg Taylor;

THE STATE OF ARKANSAS,
By and through its Attorney General,
Tim Griffin;

THE STATE OF FLORIDA,
By and through its Attorney General,
Ashley Moody;

THE STATE OF GEORGIA,
By and through its Attorney General,
Christopher M. Carr;

THE STATE OF KANSAS,
By and through its Attorney General,
Kris W. Kobach;

THE STATE OF MONTANA,
By and through its Attorney General,
Austin Knudsen;

THE STATE OF NEBRASKA,
By and through its Attorney General,
Michael T. Hilgers;

THE STATE OF OKLAHOMA,
By and through its Attorney General,
Gentner Drummond;

THE STATE OF SOUTH CAROLINA,
By and through its Attorney General,
Alan Wilson;

THE STATE OF UTAH,
By and through its Attorney General,
Sean D. Reyes;

THE STATE OF WEST VIRGINIA,
By and through its Attorney General,
Patrick Morrisey

THE STATE OF WYOMING,
By and through its Attorney General,
Bridget Hill,

**Counsel for Plaintiffs:**

**Elizabeth B. Murrill**
**Attorney General of Louisiana**
J. Benjamin Aguiñaga*
*Solicitor General*
Morgan Brungard
*Deputy Solicitor General*
Autumn Hamit Patterson*
*Special Assistant Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
(225) 326-6766

Tyler R. Green*
Daniel Shapiro*
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423
*Counsel for Plaintiff State of Louisiana*

**Ken Paxton**
**Attorney General of Texas**
**Brent Webster**
**First Assistant Attorney General**
**James Lloyd**
**Deputy Attorney General for Civil Litigation**
**Kellie E. Billings-Ray**
**Chief, Environmental Protection Division**

J. Amber Ahmed*
*Assistant Attorney General*
Ian M. Lancaster*
*Assistant Attorney General*
H. Carl Myers*
*Assistant Attorney General*
OFFICE OF THE ATTORNEY
GENERAL OF TEXAS
ENVIRONMENTAL PROTECTION DIVISION
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
Telephone (512) 463-2012
*Counsel for Plaintiff State of Texas*

**LYNN FITCH**
**Attorney General of Mississippi**

Justin L. Matheny*
*Deputy Solicitor General*
MISSISSIPPI ATTORNEY GENERAL'S
OFFICE
P.O. Box 220
Jackson, MS 39205
(601) 359-3680
*Counsel for Plaintiff State of Mississippi*

**STEVE MARSHALL**
**Attorney General of Alabama**

Edmund G. LaCour Jr.*
*Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
*Counsel for Plaintiff State of Alabama*

**TREG TAYLOR**
**Attorney General of Alaska**

Mary Hunter Gramling*
STATE OF ALASKA
DEPARTMENT OF LAW
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
*Counsel for Plaintiff State of Alaska*

**TIM GRIFFIN**
**Attorney General of Arkansas**

Nicholas J. Bronni*
*Solicitor General*
Dylan L. Jacobs*
*Deputy Solicitor General*
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
*Counsel for Plaintiff State of Arkansas*

**ASHLEY MOODY**
**Attorney General of Florida**

Natalie P. Christmas*
*Counselor to the Attorney General*
OFFICE OF THE FLORIDA ATTORNEY
GENERAL
PL-01 the Capitol
Tallahassee, Florida 32399
(850) 414-3300
*Counsel for Plaintiff State of Florida*

**CHRISTOPHER M. CARR**
**Attorney General of Georgia**

Stephen J. Petrany*
*Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
*Counsel for Plaintiff State of Georgia*

**KRIS W. KOBACH**
**Attorney General of Kansas**

Erin B. Gaide*
*Assistant Attorney General*
Memorial Building, 2nd Floor
120 S.W. 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 296-2215
*Counsel for Plaintiff State of Kansas*

**AUSTIN KNUDSEN**
**Attorney General of Montana**

Christian B. Corrigan*
*Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
*Counsel for Plaintiff State of Montana*

**MICHAEL T. HILGERS**
**Attorney General of Nebraska**

Grant D. Strobl*
*Assistant Solicitor General*
OFFICE OF THE NEBRASKA ATTORNEY GENERAL
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
*Counsel for Plaintiff State of Nebraska*

**GENTNER DRUMMOND**
**Attorney General of Oklahoma**

Garry M. Gaskins, II*
*Solicitor General*
OFFICE OF OKLAHOMA ATTORNEY
GENERAL
313 NE 21st Street
Oklahoma City, Oklahoma 73105
(405) 521-3921
*Counsel for Plaintiff State of Oklahoma*

**ALAN WILSON**
**Attorney General of South Carolina**

Joseph D. Spate*
*Assistant Deputy Solicitor General*
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
*Counsel for Plaintiff State of South Carolina*

**SEAN D. REYES**
**Attorney General of Utah**

Stanford E. Purser*
*Utah Solicitor General*
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Telephone: (801) 538-9600
*Counsel for Plaintiff State of Utah*

**PATRICK MORRISEY**
**Attorney General of West Virginia**

Michael R. Williams*
*Principal Deputy Solicitor General*
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
1900 Kanawha Blvd. East
Building 1, Room E-26
Charleston, WV 25305
Tel: (304) 558-2021
*Counsel for Plaintiff State of West Virginia*

**BRIDGET HILL**
**Attorney General of Wyoming**

D. David DeWald*
*Deputy Attorney General*
OFFICE OF THE ATTORNEY GENERAL OF WYOMING
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
*Counsel for Plaintiff State of Wyoming*

**Defendants:**

JOSEPH R. BIDEN, JR, in his official capacity as President of the United States;

THE U.S. DEPARTMENT OF ENERGY;

JENNIFER GRANHOLM, in her official capacity as Secretary of Energy;

DAVID M. TURK, in his official capacity as Deputy Secretary of Energy;

GERI RICHMOND, in her official capacity as Under Secretary for Science and Innovation;

BRAD CRABTREE, in his official capacity as Assistant Secretary, Office of Fossil Energy and Carbon Management;

AMY SWEENEY, in her official capacity as Director, Office of Fossil Energy and Carbon Management,