# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of LOUISIANA, <br> By and through its Attorney General, <br> Elizabeth B. Murrill; et al., <br><br>           PLAINTIFFS, <br><br> v. <br><br> Joseph R. BIDEN, Jr. in his official capacity as President of the United States; et al., <br><br>           DEFENDANTS. | Civil Action No. 2:24-cv-00406-JDC-TPL <br><br> Judge James D. Cain, Jr. <br> Magistrate Judge Thomas P. LeBlanc |

**Order Granting Joint Motion to Extend Time to Respond,**
**Set Briefing Schedule, and Enlarge Page Limits**

The Joint Motion to Extend Time to Respond and Set Briefing Schedule is hereby **GRANTED**. It is therefore **ORDERED** that the parties comply with the following briefing schedule and page limits:

| Event | Deadline | Page Limit (excluding exhibits) |
|---|---|---|
| Defendants' Response to Plaintiffs' Motion for a Stay under 5 U.S.C. § 705 or a Preliminary Injunction <br><br> -AND- <br><br> Defendants' Motion to Dismiss | May 6, 2024 | 65 pages (collectively for both pleadings) |

| | | |
|---|---|---|
| Plaintiffs' Reply in Support of the Motion for a Stay under 5 U.S.C. § 705 or Preliminary Injunction<br><br>- AND -<br><br>Plaintiffs' Opposition to Defendants' Motion to Dismiss | May 31, 2024 | 50 pages (collectively for both pleadings) |
| Defendants' Reply in Support of Motion to Dismiss | June 13, 2024 | 15 pages |

**IT IS FURTHER ORDERED** that the Court will hold a hearing on (1) Plaintiffs' Motion for a Stay under 5 U.S.C. § 705 or Preliminary Injunction, and (2) Defendants' Motion to Dismiss on June 20, 2024.

**IT IS FURTHER ORDERED** that the parties do not need to serve initial disclosures, conduct a Rule 26(f) conference, or submit a joint report absent further order from the Court.

THUS DONE AND SIGNED in Chambers this 15th day of April, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**