AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:24–CV–00406–JDC–TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Joseph R Biden, Jr** was received by me on *(date)* March 21, 2024 .

- I personally served the summons on **Joseph R Biden, Jr** at *(place)* __________ on *(date)* __________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* __________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* __________, who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________; or

- I returned the summons unexecuted because __________; or

- Other *(specify)*: Service was effected upon Joseph R. Biden, Jr. by mailing the Summons and Complaint by Certified Mail, Tracking Number 7020 1290 0000 1388 7736 to 1600 Pennsylvania Ave. NW, Washington, DC 20500 on March 22, 2024; the documents were delivered on April 1, 2024.

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 4/17/2024

Erin Nelson
*Server's signature*

Erin Nelson, Paralegal Specialist
*Printed name and title*

909 Poydras Street, Suite 1850
New Orleans, LA 70112
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:24–CV–00406–JDC–TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Brad Crabtree** was received by me on *(date)* March 21, 2024.

- I personally served the summons on **Brad Crabtree** at *(place)* ______________________ ______________________ on *(date)* ______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* ______________, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________ ______________________; or

- Other *(specify)*: Service was effected upon Brad Crabtree by mailing the Summons and Complaint by Certified Mail, Tracking Number 7020 1290 0000 1388 7729 to 1000 Independence Ave. SW, Washington, DC 20585 on March 22, 2024; the documents were delivered on March 25, 2024.

My fees are $ __________ for travel and $ _________ for services, for a total of $ ______________ .

I declare under penalty of perjury that this information is true.

Date: 4/17/2024

Erin Nelson
*Server's signature*

Erin Nelson, Paralegal Specialist
*Printed name and title*

909 Poydras Street, Suite 1850
New Orleans, LA 70112
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:24–CV–00406–JDC–TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U S Dept of Energy** was received by me on *(date)* March 21, 2024.

- I personally served the summons on **U S Dept of Energy** at *(place)* ______________ on *(date)* ______________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________, a person of suitable age and discretion who resides there, on *(date)* ______________, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________ on *(date)* ______________; or

- I returned the summons unexecuted because ______________; or

- Other *(specify)*: Service was effected upon the U.S. Department of Energy by mailing the Summons and Complaint by Certified Mail, Tracking Number 7020 1290 0000 1388 7767 to 1000 Independence Ave. SW, Washington, DC 20585 on March 22, 2024; the documents were delivered on March 25, 2024.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: 4/17/2024

Erin Nelson
*Server's signature*

Erin Nelson, Paralegal Specialist
*Printed name and title*

909 Poydras Street, Suite 1850
New Orleans, LA 70112
*Server's address*

Additional information regarding attemped service, etc:

Case 2:24-cv-00406-JDC-TPL Document 2 Filed 03/21/24 Page 8 of 14 PageID #: 84

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:24–CV–00406–JDC–TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Jennifer Granholm** was received by me on *(date)* March 21, 2024.

- I personally served the summons on **Jennifer Granholm** at *(place)* ____________ on *(date)* ____________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* ____________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* ____________, who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________; or
- I returned the summons unexecuted because ____________; or
- Other *(specify)*: Service was effected upon Jennifer Granholm by mailing the Summons and Complaint by Certified Mail, Tracking Number 7020 1290 0000 1388 7781 to 1000 Independence Ave. SW, Washington, DC 20585 on March 22, 2024; the documents were delivered on March 25, 2024.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under penalty of perjury that this information is true.

Date: 4/17/2024

Erin Nelson

*Server's signature*

Erin Nelson, Paralegal Specialist

*Printed name and title*

909 Poydras Street, Suite 1850
New Orleans, LA 70112

*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:24–CV–00406–JDC–TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Geri Richmond** was received by me on *(date)* March 21, 2024.

- I personally served the summons on **Geri Richmond** at *(place)* ______________________ on *(date)* ______________________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* ______________________, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ______________________, who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ______________________; or

- I returned the summons unexecuted because ______________________; or

- Other *(specify)*: Service was effected upon Geri Richmond by mailing the Summons and Complaint by Certified Mail, Tracking Number 7020 1290 0000 1388 7750 to 1000 Independence Ave. SW, Washington, DC 20585 on March 22, 2024; the documents were delivered on March 25, 2024.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________.

I declare under penalty of perjury that this information is true.

Date: 4/17/2024

Erin Nelson

*Server's signature*

Erin Nelson, Paralegal Specialist

*Printed name and title*

909 Poydras Street, Suite 1850
New Orleans, LA 70112

*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:24–CV–00406–JDC–TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **Amy Sweeney** was received by me on *(date)* March 21, 2024.

- I personally served the summons on **Amy Sweeney** at *(place)* ____________ on *(date)* ____________; or
- I left the summons at the individual's residence or usual place of abode with *(name)* ____________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or
- I served the summons on *(name of individual)* ____________, who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________; or
- I returned the summons unexecuted because ____________; or
- Other *(specify)*: Service was effected upon Amy Sweeney by mailing the Summons and Complaint by Certified Mail, Tracking Number 7020 1290 0000 1388 7712 to 1000 Independence Ave. SW, Washington, DC 20585 on March 22, 2024; the documents were delivered on March 25, 2024.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: 4/17/2024

Erin Nelson
*Server's signature*

Erin Nelson, Paralegal Specialist
*Printed name and title*

909 Poydras Street, Suite 1850
New Orleans, LA 70112
*Server's address*

Additional information regarding attemped service, etc:

2:24–CV–00406–JDC–TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **David M Turk** was received by me on *(date)* March 21, 2024 .

- I personally served the summons on **David M Turk** at *(place)*__________ on *(date)*__________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* __________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* __________, who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________; or

- I returned the summons unexecuted because __________; or

- Other *(specify)*: Service was effected upon David Turk by mailing the Summons and Complaint by Certified Mail, Tracking Number 7020 1290 0000 1388 7774 to 1000 Independence Ave. SW, Washington, DC 20585 on March 22, 2024; the documents were delivered on March 28, 2024.

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________ .

I declare under penalty of perjury that this information is true.

Date: 4/17/2024

Erin Nelson
*Server's signature*

Erin Nelson, Paralegal Specialist
*Printed name and title*

909 Poydras Street, Suite 1850
New Orleans, LA 70112
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:24–CV–00406–JDC–TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **U.S. ATTORNEY WESTERN DISTRICT OF LOUISIANA 800 LAFAYETTE ST., STE: 2200 LAFAYETTE, LA 70501–6832** was received by me on *(date)* March 22, 2024.

- I personally served the summons on **U.S. ATTORNEY WESTERN DISTRICT OF LOUISIANA 800 LAFAYETTE ST., STE: 2200 LAFAYETTE, LA 70501–6832** at *(place)* ____________ on *(date)* ____________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ____________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ____________, who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________; or

- I returned the summons unexecuted because ____________; or

- Other *(specify)*: Service was effected upon the U.S. Attorney, Western District of Louisiana by mailing the Summons and Complaint by Certified Mail, Tracking Number 7020 1290 0000 1388 7705 to 800 Lafayette Street, Suite 2200, Lafayette, LA 70501 on March 22, 2024; the documents were delivered on March 25, 2024.

My fees are $ ________ for travel and $ ________ for services, for a total of $ ________.

I declare under penalty of perjury that this information is true.

Date: 4/17/2024

Erin Nelson
*Server's signature*

Erin Nelson, Paralegal Specialist
*Printed name and title*

909 Poydras Street, Suite 1850 New Orleans, LA 70112
*Server's address*

Additional information regarding attemped service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

2:24–CV–00406–JDC–TPL

**PROOF OF SERVICE**

**(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))**

This summons for **ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530–0001**
was received by me on *(date)* March 22, 2024.

- I personally served the summons on **ATTN: CIVIL PROCESS CLERK**
**U.S. ATTORNEY GENERAL**
**950 PENNSYLVANIA AVENUE, N.W.**
**WASHINGTON, D.C. 20530–0001**
at *(place)*____________ ____________ on *(date)*____________; or

- I left the summons at the individual's residence or usual place of abode with *(name)* ________ ____________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or

- I served the summons on *(name of individual)* ____________, who is designated by law to accept service of process on behalf of *(name of organization)* ____________ ____________ on *(date)* ____________; or

- I returned the summons unexecuted because ____________ ____________; or

- Other *(specify)*: Service was effected upon the by mailing the Summons and Complaint by Certified Mail, Tracking Number 7020 1290 0000 1388 7743 to 950 Pennsylvania Ave NW, Washington, DC 20530 on March 22, 2024; the documents were delivered on March 26, 2024.

My fees are $ ______ for travel and $ ______ for services, for a total of $ ________ .

I declare under penalty of perjury that this information is true.

Date: 4/17/2024

Erin Nelson
*Server's signature*

Erin Nelson, Paralegal Specialist
*Printed name and title*

909 Poydras Street, Suite 1850 New Orleans, LA 70112
*Server's address*

Additional information regarding attemped service, etc: