*(Rev. 6/14/2022)*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| THE STATE OF LOUISIANA, by and through its Attorney General, Elizabeth B. Murrill, et al.<br>Plaintiffs | Case No. 2:24-cv-00406-JDC-TPL |
| VS.<br>JOSEPH R. BIDEN, JR. in his official capacity as President of the United States, et al.<br>Defendants | Judge James D. Cain, Jr.<br>Magistrate Judge Thomas P. LeBlanc |

**ORDER**

CONSIDERING the Motion to Appear Pro Hac Vice [Doc. 43];

IT IS ORDERED that Joseph D. Spate be and is hereby admitted to the bar of this Court pro hac vice on behalf of the State of South Carolina by and through its Attorney General, Alan Wilson, in the above described action.

SO ORDERED on this, the 25th day of April, 2024.

Thomas P. LeBlanc
U.S. Magistrate Judge