UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**STATE OF LOUISIANA ET AL**              **CASE NO.  2:24-CV-00406**

**VERSUS**                                **JUDGE JAMES D. CAIN, JR.**

**JOSEPH R BIDEN JR ET AL**               **MAGISTRATE JUDGE LEBLANC**

## MINUTES OF COURT:
### Miscellaneous Hearing

| Date: | 06-20-2024 | Presiding: | Judge James D. Cain, Jr. |
|---|---|---|---|
| Court Opened: | 1:42 PM | Courtroom Deputy: | Tina Stewart |
| Court Adjourned: | 3:18 PM | Court Reporter: | D D Juranka |
| Statistical Time: | 1:36 | Courtroom: | CR4 |

## APPEARANCES

| Autumn Hamit Patterson; Morgan Elizabeth Brungard | For | Plaintiffs |
|---|---|---|
| Jeffrey Scott Thomas; Thomas Snodgrass | For | Defendants |

## PROCEEDINGS

This matter was called for a Miscellaneous hearing on [13] MOTION to Stay, MOTION for Preliminary Injunction by All Plaintiffs.

After hearing argument of counsel, the Motion was taken under advisement.