UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STATE OF LOUISIANA ET AL** | **CASE NO.  2:24-CV-00406** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **JOSEPH R BIDEN JR ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss (Doc. 56) is **GRANTED** in part and **DENIED** in part.  The Motion is **GRANTED** to the extent that Plaintiffs' claims, Counts I-IX, XIII, and XIV, against President Joseph R. Biden, Jr. are DISMISSED with prejudice; otherwise, the Motion to Dismiss is **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff States' Motion for Preliminary Injunction is **GRANTED.**

The Court finds that the Plaintiff States are entitled to the Injunctive Relief requested as to the LNG Export Ban. Accordingly,

**IT IS ORDERED** that the Defendants, in their official capacities: Joseph R. Biden, Jr., U.S. Dept. of Energy, Jennifer Granholm, David M. Turk, Geri Richmond, Brad Crabtree, and Amy Sweeney are hereby **ENJOINED AND RESTRAINED,** from halting and/or pausing the approval process for pending and future applications for LNG exports of liquified natural gas to non-FTA countries, effective immediately, to remain in effect

pending the final resolution of this case, or until further orders from this Court, the United States Court of Appeal, or the Supreme Court of the United States.

**IT IS FURTHER ORDERED** that no security is required to be posted by the Plaintiff States under Federal Rule of Civil Procedure 65.

**THUS DONE AND SIGNED** in Chambers on this 1st day of July, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE