UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| The State of LOUISIANA,<br>By and through its Attorney General,<br>Elizabeth B. Murrill; et al.,<br><br>    PLAINTIFFS,<br><br>v.<br><br>Joseph R. BIDEN, Jr. in his official capacity as<br>President of the United States; et al.,<br><br>    DEFENDANTS. | Civil Action No. 2:24-cv-00406-JDC-TPL<br><br>Judge James D. Cain, Jr.<br>Magistrate Judge Thomas P. LeBlanc |

### Joint Motion to Extend Time to Answer and Set Schedule

The parties jointly move for additional time for Defendants to file an answer and for the Court to enter the attached order and adopt the schedule proposed in this motion. The parties respectfully stipulate as follows:

  1.  On March 21, 2024, the State of Louisiana, along with the States of Alabama, Alaska, Arkansas, Florida, Georgia, Kansas, Mississippi, Montana, Nebraska, Oklahoma, South Carolina, Texas, Utah, West Virginia, and Wyoming, filed a lawsuit against Defendants challenging the lawfulness of an alleged January 26, 2024 decision. ECF No. 1.

  2.  On March 28, 2024, Plaintiffs filed a motion for a stay under 5 U.S.C. § 705 or a preliminary injunction. ECF No. 13. On May 6, 2024, Defendants filed an opposition and a motion to dismiss. ECF No. 26.

  3.  The Court held a hearing on the motions on June 20, 2024. ECF No. 70. On July 1, 2024, the Court granted Plaintiffs' motion for a preliminary injunction and denied Defendants' motion to dismiss (except as to a few claims against one defendant). ECF Nos. 72–73.

4. Defendants would like an extension of their deadline to file their answer until 14 days after the expiration of their deadline to file an appeal (September 10, 2024). Their answer is currently due on July 15, 2024.

5. Defendants have agreed that the extension of an answer deadline will not delay production of the Administrative Record.[1] Specifically, they have agreed to produce the Administrative Record on or before September 10, 2024.

6. The parties have agreed to have another meet-and-confer call in September to discuss whether additional briefing deadlines should be set depending on whether Defendants appeal the Court's recent order. Parties will then submit a status report to the Court or a motion for a new scheduling order.

7. Accordingly, the parties have negotiated the following schedule:

| **Event** | **Deadline** |
| --- | --- |
| Defendants' Answer | September 10, 2024 |
| Defendants Produce the Administrative Record to Plaintiffs and File the Table of Contents with the Court | September 10, 2024 |
| Status Report or Motion for Scheduling Order | September 30, 2024 |

8. The parties believe the foregoing schedule would promote efficiency and preserve resources.

---

[1] By agreeing to file an administrative record, the Department of Energy does not concede that it took final agency action, but instead acknowledges the Court's preliminary ruling to the contrary.

Dated: July 12, 2024

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ J. Scott Thomas*

J. SCOTT THOMAS
KATHARINE LAUBACH
MAGGIE WOODWARD
Trial Attorneys
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-3553 (Thomas)
Telephone: (202) 305-8568 (Laubach)
Telephone: (202) 305-4224 (Woodward)
jeffrey.thomas2@usdoj.gov
katharine.laubach@usdoj.gov
maggie.woodward@usdoj.gov

THOMAS SNODGRASS
JEFFREY CANDRIAN
Trial Attorneys
Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, Colorado 80202
Ph: 303-844-1382 (Candrian)
Email: Jeffrey.candrian@usdoj.gov

*Attorneys for Defendants*

Respectfully submitted,

**ELIZABETH B. MURRILL**
**Attorney General of Louisiana**

*/s/ Morgan Brungard*
Morgan Brungard (La #40298)
  *Deputy Solicitor General*
*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson*
  *Special Assistant Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY
GENERAL
1885 North Third Street
Baton Rouge, LA 70804
(225) 326-6766
brungardm@ag.louisiana.gov
ahamitpatterson@outlook.com

Tyler R. Green*
Daniel Shapiro*
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423

*Counsel for Plaintiff State of Louisiana*

**KEN PAXTON**
**Attorney General of Texas**
**BRENT WEBSTER**
**First Assistant Attorney General**
**JAMES LLOYD**
**Deputy Attorney General for Civil Litigation**
**KELLIE E. BILLINGS-RAY**
**Chief, Environmental Protection Division**

Ian M. Lancaster*
  *Assistant Attorney General*
H. Carl Myers*
  *Assistant Attorney General*
OFFICE OF THE ATTORNEY
GENERAL OF TEXAS
ENVIRONMENTAL PROTECTION DIVISION
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
Telephone (512) 463-2012
Facsimile (512) 320-0911
Amber.Ahmed@oag.texas.gov
Ian.Lancaster@oag.texas.gov
Carl.Myers@oag.texas.gov

*Counsel for Plaintiff State of Texas*

**TREG TAYLOR**
**Attorney General of Alaska**

Mary Hunter Gramling*
STATE OF ALASKA
DEPARTMENT OF LAW
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2520
Email: mary.gramling@alaska.gov

*Counsel for Plaintiff State of Alaska*

**LYNN FITCH**
**Attorney General of Mississippi**

Justin L. Matheny*
  *Deputy Solicitor General*
MISSISSIPPI ATTORNEY GENERAL'S
OFFICE
P.O. Box 220
Jackson, MS 39205
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

**STEVE MARSHALL**
**Attorney General of Alabama**

Edmund G. LaCour Jr.*
  *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for Plaintiff State of Alabama*

**TIM GRIFFIN**
**Attorney General of Arkansas**

Nicholas J. Bronni*
  *Solicitor General*
Dylan L. Jacobs*
  *Deputy Solicitor General*
OFFICE OF THE ARKANSAS ATTORNEY
GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
Nicholas.Bronni@ArkansasAG.gov
dylan.jacobs@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

**ASHLEY MOODY**
**Attorney General of Florida**

Natalie P. Christmas*
  *Counselor to the Attorney General*
OFFICE OF THE FLORIDA ATTORNEY
GENERAL
PL-01 the Capitol
Tallahassee, Florida 32399
(850) 414-3300
natalie.christmas@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

**KRIS W. KOBACH**
**Attorney General of Kansas**

Erin B. Gaide*
  *Assistant Attorney General*
Memorial Building, 2nd Floor
120 S.W. 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 296-2215
Fax: (785) 296-2218
Email: erin.gaide@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

**MICHAEL T. HILGERS**
**Attorney General of Nebraska**

Grant D. Strobl*
  *Assistant Solicitor General*
OFFICE OF THE NEBRASKA ATTORNEY
GENERAL
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
Grant.Strobl@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

**CHRISTOPHER M. CARR**
**Attorney General of Georgia**

Stephen J. Petrany*
  *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Plaintiff State of Georgia*

**AUSTIN KNUDSEN**
**Attorney General of Montana**

Christian B. Corrigan*
  *Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov

*Counsel for Plaintiff State of Montana*

**GENTNER DRUMMOND**
**Attorney General of Oklahoma**

Garry M. Gaskins, II*
  *Solicitor General*
OFFICE OF OKLAHOMA ATTORNEY
GENERAL
313 NE 21st Street
Oklahoma City, Oklahoma 73105
(405) 521-3921
Garry.Gaskins@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

ALAN WILSON
**Attorney General of South Carolina**

Joseph D. Spate*
  *Assistant Deputy Solicitor General*
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for Plaintiff State of South Carolina*

PATRICK MORRISEY
**Attorney General of West Virginia**

Michael R. Williams*
  *Principal Deputy Solicitor General*
OFFICE OF THE WEST VIRGINIA
ATTORNEY GENERAL
1900 Kanawha Blvd. East
Building 1, Room E-26
Charleston, WV 25305
Tel: (304) 558-2021
Michael.R.Williams@wvago.gov

 *Counsel for Plaintiff State of*
 *West Virginia*

*admitted *Pro Hac Vice or Pro Hac Vice admission application forthcoming*

SEAN D. REYES
**Attorney General of Utah**

Stanford E. Purser*
  *Utah Solicitor General*
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Telephone: (801) 538-9600
spurser@agutah.gov

*Counsel for Plaintiff State of Utah*

BRIDGET HILL
**Attorney General of Wyoming**

D. David DeWald*
  *Deputy Attorney General*
OFFICE OF THE ATTORNEY GENERAL
OF WYOMING
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
david.dewald@wyo.gov

*Counsel for Plaintiff State of Wyoming*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.4.1, I hereby certify that counsel had a meet-and-confer call on July 12, 2024. In subsequent email exchanges, Defendants' counsel informed me that Defendants consent and join the foregoing motion.

*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participating attorneys.

*/s/ Autumn Hamit Patterson*
Autumn Hamit Patterson