**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00406<br><br>Hon. Judge James D. Cain, Jr.<br><br>Hon. Magistrate Judge Thomas P. LeBlanc |

**JOINT STATUS REPORT AND MOTION TO SCHEDULE DEADLINES**

Per the parties' earlier agreement, *see* ECF No. 74, Defendants filed the answer and the administrative record in this case on September 10. The answer can be found at ECF No. 77, and the administrative record can be found at ECF No. 78. The parties also met and conferred about next steps where they agreed to the following additional deadlines:

- Plaintiffs' deadline to file a motion to complete or supplement the administrative record, should they choose to do so, is **November 15, 2024**;[1]

    o If Plaintiffs do move to complete or supplement the administrative record:

    ▪ Defendants' response in opposition to Plaintiffs' motion to complete or supplement the record will be due **December 6, 2024**; and

    ▪ Plaintiffs' reply will be due **December 20, 2025**.

    ▪ No later than 14 days after the Court enters an order on Plaintiffs' motion to complete or supplement the administrative record, the parties will meet and confer and file a joint status report or motion regarding additional scheduling deadlines.

---

[1] Before Plaintiffs file a motion to complete or supplement the administrative record, the parties agree to attempt to amicably resolve disputes (if there are any) over the administrative record without engaging in motions practice.

1

- If Plaintiffs do not move to complete or supplement the administrative record, the parties will meet and confer and file another joint status report regarding next steps or motion for a scheduling order by **December 15, 2024**;

The parties respectfully request that the Court adopt their agreed upon schedule as set forth above.

Respectfully submitted this 12th day of September 2024,

        TODD KIM
        Assistant Attorney General
        Environment and Natural Resources
        United States Department of Justice

        */s/ J. Scott Thomas*

        J. SCOTT THOMAS
        KATHARINE LAUBACH
        MAGGIE WOODWARD
        Trial Attorneys
        Natural Resources Section
        United States Department of Justice
        P.O. Box 7611
        Washington, D.C. 20044-7611
        Telephone: (202) 514-3553 (Thomas)
        Telephone: (202) 305-8568 (Laubach)
        Telephone: (202) 305-4224 (Woodward)
        jeffrey.thomas2@usdoj.gov
        katharine.laubach@usdoj.gov
        maggie.woodward@usdoj.gov

        THOMAS SNODGRASS
        JEFFREY CANDRIAN
        Trial Attorneys
        Natural Resources Section
        999 18th St., South Terrace, Suite
        Denver, Colorado 80202
        Ph: 303-844-1382 (Candrian)
        Email: Jeffrey.candrian@usdoj.gov

        Attorneys for Defendants

| | |
|---|---|
| Tyler R. Green* | **ELIZABETH B. MURRILL** |
| Daniel Shapiro* | **Attorney General of Louisiana** |
| CONSOVOY MCCARTHY PLLC | |
| 222 S. Main Street, 5th Floor | /s/ Morgan Brungard |
| Salt Lake City, UT 84101 | Morgan Brungard (La #40298) |
| (703) 243-9423 | *Deputy Solicitor General* |
| | /s/ Autumn Hamit Patterson |
| | Autumn Hamit Patterson* |
| | *Special Assistant Solicitor General* |
| | OFFICE OF THE LOUISIANA ATTORNEY GENERAL |
| | 1885 North Third Street |
| | Baton Rouge, LA 70804 |
| | (225) 326-6766 |
| | brungardm@ag.louisiana.gov |
| | ahamitpatterson@outlook.com |

*Counsel for Plaintiff State of Louisiana*

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General of Texas<br>**BRENT WEBSTER**<br>First Assistant Attorney General<br>**JAMES LLOYD**<br>Deputy Attorney General for Civil Litigation<br>**KELLIE E. BILLINGS-RAY**<br>Chief, Environmental Protection Division | **LYNN FITCH**<br>**Attorney General of Mississippi**<br><br>  /s/ Justin L. Matheny<br>Justin L. Matheny*<br>  *Deputy Solicitor General*<br>MISSISSIPPI ATTORNEY GENERAL'S OFFICE<br>P.O. Box 220<br>Jackson, MS 39205<br>(601) 359-3680<br>justin.matheny@ago.ms.gov<br><br>*Counsel for Plaintiff State of Mississippi* |
| /s/ Ian M. Lancaster<br>Ian M. Lancaster*<br>  *Assistant Attorney General*<br>H. Carl Myers*<br>  *Assistant Attorney General*<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS ENVIRONMENTAL PROTECTION DIVISION<br>P.O. Box 12548, MC-066<br>Austin, Texas 78711-2548<br>Telephone (512) 463-2012<br>Facsimile (512) 320-0911<br>Amber.Ahmed@oag.texas.gov<br>Ian.Lancaster@oag.texas.gov<br>Carl.Myers@oag.texas.gov<br><br>*Counsel for Plaintiff State of Texas* | **STEVE MARSHALL**<br>**Attorney General of Alabama**<br><br>/s/ Edmund G. LaCour Jr.<br>Edmund G. LaCour Jr.*<br>  *Solicitor General*<br>OFFICE OF THE ATTORNEY GENERAL<br>STATE OF ALABAMA<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, Alabama 36130-0152<br>Telephone: (334) 242-7300<br>Fax: (334) 353-8400<br>Edmund.LaCour@AlabamaAG.gov<br><br>*Counsel for Plaintiff State of Alabama* |

4

**TREG TAYLOR**
**Attorney General of Alaska**

*/s/Mary Hunter Gramling*
Mary Hunter Gramling*
STATE OF ALASKA
DEPARTMENT OF LAW
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2520
Email: mary.gramling@alaska.gov

*Counsel for Plaintiff State of Alaska*

**ASHLEY MOODY**
**Attorney General of Florida**

*/s/Natalie P. Christmas*
Natalie P. Christmas*
  *Counselor to the Attorney General*
OFFICE OF THE FLORIDA ATTORNEY GENERAL
PL-01 the Capitol
Tallahassee, Florida 32399
(850) 414-3300
natalie.christmas@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

**TIM GRIFFIN**
**Attorney General of Arkansas**

*/s/Nicholas J. Bronni*
Nicholas J. Bronni*
  *Solicitor General*
Dylan L. Jacobs*
  *Deputy Solicitor General*
OFFICE OF THE ARKANSAS ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
Nicholas.Bronni@ArkansasAG.gov
dylan.jacobs@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

**CHRISTOPHER M. CARR**
**Attorney General of Georgia**

*/s/Stephen J. Petrany*
Stephen J. Petrany*
  *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Plaintiff State of Georgia*

| | |
|---|---|
| **KRIS W. KOBACH**<br>Attorney General of Kansas<br><br>/s/ *Erin B. Gaide*<br>Erin B. Gaide*<br>  *Assistant Attorney General*<br>Memorial Building, 2nd Floor<br>120 S.W. 10th Avenue<br>Topeka, Kansas 66612-1597<br>Tel: (785) 296-2215<br>Fax: (785) 296-2218<br>Email: erin.gaide@ag.ks.gov<br><br>*Counsel for Plaintiff State of Kansas* | **AUSTIN KNUDSEN**<br>Attorney General of Montana<br><br>/s/ *Christian B. Corrigan*<br>Christian B. Corrigan*<br>  *Solicitor General*<br>MONTANA DEPARTMENT OF JUSTICE<br>215 North Sanders<br>P.O. Box 201401<br>Helena, Montana 59620-1401<br>(406) 444-2026<br>christian.corrigan@mt.gov<br><br>*Counsel for Plaintiff State of Montana* |
| **MICHAEL T. HILGERS**<br>Attorney General of Nebraska<br><br>/s/ *Grant D. Strobl*<br>Grant D. Strobl*<br>  *Assistant Solicitor General*<br>OFFICE OF THE NEBRASKA ATTORNEY GENERAL<br>2115 State Capitol<br><br>Lincoln, NE 68509<br><br>(402) 471-2683<br><br>Grant.Strobl@nebraska.gov<br><br>*Counsel for Plaintiff State of Nebraska* | **GENTNER DRUMMOND**<br>Attorney General of Oklahoma<br><br>/s/ *Garry M. Gaskins, II*<br>Garry M. Gaskins, II*<br>  *Solicitor General*<br>OFFICE OF OKLAHOMA ATTORNEY GENERAL<br>313 NE 21st Street<br>Oklahoma City, Oklahoma 73105<br>(405) 521-3921<br>Garry.Gaskins@oag.ok.gov<br><br>*Counsel for Plaintiff State of Oklahoma* |

| | |
|---|---|
| **ALAN WILSON**<br>**Attorney General of South Carolina**<br><br>*/s/ Joseph D. Spate*<br>Joseph D. Spate*<br>  *Assistant Deputy Solicitor General*<br>1000 Assembly Street<br>Columbia, SC 29201<br>(803) 734-3371<br>josephspate@scag.gov<br><br>*Counsel for Plaintiff State of South Carolina* | **SEAN D. REYES**<br>**Attorney General of Utah**<br><br>*/s/ Stanford E. Purser*<br>Stanford E. Purser*<br>  *Utah Solicitor General*<br>350 N. State Street, Suite 230<br>P.O. Box 142320<br>Salt Lake City, UT 84114-2320<br>Telephone: (801) 538-9600<br>spurser@agutah.gov<br><br>*Counsel for Plaintiff State of Utah* |
| **PATRICK MORRISEY**<br>**Attorney General of West Virginia**<br><br>*/s/ Michael R. Williams*<br>Michael R. Williams*<br>  *Principal Deputy Solicitor General*<br>OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL<br>1900 Kanawha Blvd. East<br>Building 1, Room E-26<br>Charleston, WV 25305<br>Tel: (304) 558-2021<br>Michael.R.Williams@wvago.gov<br><br>*Counsel for Plaintiff State of West Virginia* | **BRIDGET HILL**<br>**Attorney General of Wyoming**<br><br>*/s/ D. David DeWald*<br>D. David DeWald*<br>  *Deputy Attorney General*<br>OFFICE OF THE ATTORNEY GENERAL OF WYOMING<br>109 State Capitol<br>Cheyenne, WY 82002<br>(307) 777-7895<br>david.dewald@wyo.gov<br><br>*Counsel for Plaintiff State of Wyoming* |

*admitted *Pro Hac Vice*