# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of LOUISIANA,<br>By and through its Attorney General,<br>Elizabeth B. Murrill; et al.,<br><br>    PLAINTIFFS,<br><br>v.<br><br>Joseph R. BIDEN, Jr. in his official capacity as<br>President of the United States; et al.,<br><br>    DEFENDANTS. | Civil Action No. 2:24-cv-00406-JDC-TPL<br><br>Judge James D. Cain, Jr.<br>Magistrate Judge Thomas P. LeBlanc |

### [Proposed] Order Granting Joint Motion to Schedule Deadlines

The Joint Motion to Schedule Deadlines is hereby **GRANTED**. It is therefore **ORDERED** that the parties comply with the following briefing schedule:

| Event | Deadline |
|---|---|
| Plaintiffs' Motion to Complete or Supplement the Administrative Record | November 15, 2024 |
| Defendants' Opposition to Plaintiffs' Motion to Complete or Supplement the Administrative Record | December 6, 2024 |
| Plaintiffs' Reply in Support of Motion to Complete or Supplement the Administrative Record | December 20, 2025 |

**IT IS FURTHER ORDERED** that, if Plaintiffs do move to complete or supplement the administrative record, the parties file a joint status report or motion regarding additional scheduling deadlines within 14 days of the Court entering an order on Plaintiffs' motion.

**IT IS FURTHER ORDERED** that, if Plaintiffs do not move to complete or supplement the administrative record, the parties will meet and confer and file another joint status report or motion for a scheduling order by **December 15, 2024**.

**THUS DONE AND SIGNED** in Chambers on this ___ day of _____, 2024.

_____
**HONORABLE JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**