## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill; et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>Joseph R. BIDEN, Jr. in his official capacity as President of the United States; et al.,<br><br>DEFENDANTS. | Civil Action No. 2:24-cv-00406-JDC-TPL<br><br>Judge James D. Cain, Jr.<br>Magistrate Judge Thomas P. LeBlanc |

**Order Granting Unopposed Motion to Schedule Deadlines**

The Unopposed Motion to Schedule Deadlines filed is hereby **GRANTED**. It is therefore **ORDERED** that Plaintiffs' deadline to file a motion to complete or supplement the administrative record is stayed.

**IT IS FURTHER ORDERED** that the parties file another joint status report or motion to stay the proceedings by **December 20, 2024**.

**THUS DONE AND SIGNED** in Chambers on this 19th day of November, 2024.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**