UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | Case No. 2:24-cv-00406 <br><br> Hon. Judge James D. Cain, Jr. <br><br> Hon. Magistrate Judge Thomas P. LeBlanc |

**JOINT MOTION TO STAY**

In accordance with the Court's November 19, 2024 order, *see* ECF No. 82, the parties submit this joint motion to stay the district court proceedings. The parties agree that staying these proceedings will preserve party and judicial resources because this case will likely become moot. The parties have filed a similar joint motion with the Fifth Circuit to hold the appeal in abeyance.

The Court's power to stay litigation is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936). When considering a motion to stay, courts consider three factors: (1) potential prejudice to any party; (2) hardship and inequity if the action is not stayed; and (3) preservation of judicial resources. *See, e.g.*, *Kerr Mach. Co. v. Vulcan Indus. Holdings, LLC*, No. 6-20-CV-00200-ADA, 2021 WL 1298932, at *1 (W.D. Tex. Apr. 7, 2021). Here, staying this litigation will not prejudice any party. The parties agree a stay is appropriate and will result in no prejudice because (a) the parties' resources will be preserved by a stay, and (b) the preliminary injunction, which will remain in effect, preserves the status quo. *See* ECF No. 73 (enjoining and restraining Defendants from "halting and/or pausing the approval process for pending and future applications for LNG exports of liquified natural gas to non-FTA countries"). A stay will

1

also preserve the Court's resources. If it grants a stay, the Court will likely avoid adjudicating administrative record and summary judgment disputes that will likely become moot in a matter of months.

If the Court grants the parties' requested stay, the parties will submit a joint status report no later than April 1, 2025, where the parties will either inform the Court that the matter is moot or that they need to recommence this litigation.

For the foregoing reasons, the parties respectfully request that the Court stay these proceedings until April 1, 2025.

Dated: December 20, 2024                                        Respectfully submitted,

| | |
|---|---|
| TODD KIM<br>Assistant Attorney General<br>Environment and Natural Resources<br>United States Department of Justice<br>*/s/ J. Scott Thomas*<br>J. SCOTT THOMAS<br>KATHARINE LAUBACH<br>MAGGIE WOODWARD<br>Trial Attorneys<br>Natural Resources Section<br>United States Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Telephone: (202) 514-3553 (Thomas)<br>Telephone: (202) 305-8568 (Laubauch)<br>Telephone: (202) 305-4224 (Wood)<br>jeffrey.thomas2@usdoj.gov<br>katharine.laubach@usdoj.gov<br>maggie.woodward@usdoj.gov<br><br>THOMAS SNODGRASS<br>JEFFREY CANDRIAN<br>Trial Attorneys<br>Natural Resources Section<br>999 18th St., South Terrace, Suite<br>Denver, Colorado 80202<br>Ph: 303-844-1382 (Candrian)<br>Email: Jeffrey.candrian@usdoj.gov<br>*Counsel for Defendants* | **ELIZABETH B. MURRILL**<br>**Attorney General of Louisiana**<br><br> */s/ Morgan Brungard*<br>Morgan Brungard (La #40298)<br>  *Deputy Solicitor General*<br>*/s/ Autumn Hamit Patterson*<br>Autumn Hamit Patterson\*<br>  *Special Assistant Solicitor General*<br>OFFICE OF THE LOUISIANA ATTORNEY GENERAL<br>1885 North Third Street<br>Baton Rouge, LA 70804<br>(225) 326-6705<br>brungardm@ag.louisiana.gov<br>ahamitpatterson@outlook.com<br><br>Tyler R. Green\*<br>Daniel Shapiro\*<br>CONSOVOY MCCARTHY PLLC<br>222 S. Main Street, 5th Floor<br>Salt Lake City, UT 84101<br>(703) 243-9423<br><br>*Counsel for Plaintiff State of Louisiana* |

**KEN PAXTON**
**Attorney General of Texas**
**BRENT WEBSTER**
**First Assistant Attorney General**
**JAMES LLOYD**
**Deputy Attorney General for Civil Litigation**
**KELLIE E. BILLINGS-RAY**
**Chief, Environmental Protection Division**

*/s/ Ian M. Lancaster*
Ian M. Lancaster*
  *Assistant Attorney General*
H. Carl Myers*
  *Assistant Attorney General*
OFFICE OF THE ATTORNEY
GENERAL OF TEXAS
ENVIRONMENTAL PROTECTION DIVISION
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
Telephone (512) 463-2012
Facsimile (512) 320-0911
Amber.Ahmed@oag.texas.gov
Ian.Lancaster@oag.texas.gov
Carl.Myers@oag.texas.gov

*Counsel for Plaintiff State of Texas*

**LYNN FITCH**
**Attorney General of Mississippi**

*/s/ Justin L. Matheny*
Justin L. Matheny*
  *Deputy Solicitor General*
MISSISSIPPI ATTORNEY GENERAL'S
OFFICE
P.O. Box 220
Jackson, MS 39205
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

**STEVE MARSHALL**
**Attorney General of Alabama**

*/s/ Edmund G. LaCour Jr.*
Edmund G. LaCour Jr.*
  *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for Plaintiff State of Alabama*

3

**TREG TAYLOR**
**Attorney General of Alaska**

/s/ *Mary Hunter Gramling*
Mary Hunter Gramling*
STATE OF ALASKA
DEPARTMENT OF LAW
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2520
Email: mary.gramling@alaska.gov

*Counsel for Plaintiff State of Alaska*

**TIM GRIFFIN**
**Attorney General of Arkansas**

/s/ *Nicholas J. Bronni*
Nicholas J. Bronni*
 *Solicitor General*
Dylan L. Jacobs*
 *Deputy Solicitor General*
OFFICE OF THE ARKANSAS ATTORNEY
GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
Nicholas.Bronni@ArkansasAG.gov
dylan.jacobs@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

**ASHLEY MOODY**
**Attorney General of Florida**

/s/ *Natalie P. Christmas*
Natalie P. Christmas*
 *Counselor to the Attorney General*
OFFICE OF THE FLORIDA ATTORNEY
GENERAL
PL-01 the Capitol
Tallahassee, Florida 32399
(850) 414-3300
natalie.christmas@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

**CHRISTOPHER M. CARR**
**Attorney General of Georgia**

/s/ *Stephen J. Petrany*
Stephen J. Petrany*
 *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Plaintiff State of Georgia*

**KRIS W. KOBACH**
**Attorney General of Kansas**

/s/ *Erin B. Gaide*
Erin B. Gaide*
 *Assistant Attorney General*
Memorial Building, 2nd Floor
120 S.W. 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 296-2215
Fax: (785) 296-2218
Email: erin.gaide@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

**AUSTIN KNUDSEN**
**Attorney General of Montana**

/s/ *Christian B. Corrigan*
Christian B. Corrigan*
 *Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov

*Counsel for Plaintiff State of Montana*

**MICHAEL T. HILGERS**
**Attorney General of Nebraska**

/s/ Grant D. Strobl
Grant D. Strobl*
   *Assistant Solicitor General*
OFFICE OF THE NEBRASKA ATTORNEY GENERAL
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
Grant.Strobl@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

**GENTNER DRUMMOND**
**Attorney General of Oklahoma**

/s/ Garry M. Gaskins, II
Garry M. Gaskins, II*
   *Solicitor General*
OFFICE OF OKLAHOMA ATTORNEY GENERAL
313 NE 21st Street
Oklahoma City, Oklahoma 73105
(405) 521-3921
Garry.Gaskins@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

**ALAN WILSON**
**Attorney General of South Carolina**

/s/ Joseph D. Spate
Joseph D. Spate*
   *Assistant Deputy Solicitor General*
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for Plaintiff State of South Carolina*

**SEAN D. REYES**
**Attorney General of Utah**

/s/ Stanford E. Purser
Stanford E. Purser*
   *Utah Solicitor General*
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Telephone: (801) 538-9600
spurser@agutah.gov

*Counsel for Plaintiff State of Utah*

**PATRICK MORRISEY**
**Attorney General of West Virginia**

/s/ Michael R. Williams
Michael R. Williams*
   *Principal Deputy Solicitor General*
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
1900 Kanawha Blvd. East
Building 1, Room E-26
Charleston, WV 25305
Tel: (304) 558-2021
Michael.R.Williams@wvago.gov

*Counsel for Plaintiff State of West Virginia*

**BRIDGET HILL**
**Attorney General of Wyoming**

/s/ D. David DeWald
D. David DeWald*
   *Deputy Attorney General*
OFFICE OF THE ATTORNEY GENERAL OF WYOMING
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
david.dewald@wyo.gov

*Counsel for Plaintiff State of Wyoming*

*admitted *Pro Hac Vice*

5