## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of LOUISIANA, By and through its Attorney General, Elizabeth B. Murrill; et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> Joseph R. BIDEN, Jr. in his official capacity as President of the United States; et al., <br><br> DEFENDANTS. | Civil Action No. 2:24-cv-00406-JDC-TPL <br><br> Judge James D. Cain, Jr. <br> Magistrate Judge Thomas P. LeBlanc |

**Order Granting Joint Motion to Stay**

The Joint Motion to Stay filed is hereby **GRANTED**. It is therefore **ORDERED** that this case is stayed until **April 1, 2025** or further order of the court.

**IT IS FURTHER ORDERED** that the preliminary injunction remain in effect and that the parties file a joint status report by **April 1, 2025**.

**THUS DONE AND SIGNED** in Chambers on this **23rd** day of **December**, 2024.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE