## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| The State of LOUISIANA,<br>By and through its Attorney General,<br>Elizabeth B. Murrill; et al.<br><br>v.<br><br>Joseph R. BIDEN, in his official capacity as<br>President of the United States; et al. | Civil Action No. 2:24-cv-00406-JDC-TPL<br><br>Judge James D. Cain, Jr.<br>Magistrate Judge Thomas P. LeBlanc |

### Motion to Withdraw as Counsel

The State of Louisiana respectfully moves the Court for an order withdrawing Daniel

Shapiro as counsel in this case, and directing that Mr. Shapiro be removed from receiving notices

filed in this matter effective from the date of this filing. The State of Louisiana and the remaining

Plaintiff States will continue to be represented by their respective Attorneys General and counsel

listed below.

Dated: January 19, 2025

  _/s/ Daniel Shapiro_
Tyler R. Green*
Daniel Shapiro*
CONSOVOY MCCARTHY PLLC
222 S. Main Street, 5th Floor
Salt Lake City, UT 84101
(703) 243-9423

Respectfully submitted,

**ELIZABETH B. MURRILL**
**Attorney General of Louisiana**

Morgan Brungard (La #40298)
  *Deputy Solicitor General*
Autumn Hamit Patterson*
  *Special Assistant Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY
GENERAL
1885 North Third Street
Baton Rouge, LA 70804
(225) 326-6766
brungardm@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

KEN PAXTON
**Attorney General of Texas**
BRENT WEBSTER
**First Assistant Attorney General**
JAMES LLOYD
**Deputy Attorney General for Civil Litigation**
KELLIE E. BILLINGS-RAY
**Chief, Environmental Protection Division**

J. Amber Ahmed*
  *Assistant Attorney General*
Ian M. Lancaster*
  *Assistant Attorney General*
H. Carl Myers*
  *Assistant Attorney General*
OFFICE OF THE ATTORNEY
GENERAL OF TEXAS
ENVIRONMENTAL PROTECTION DIVISION
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
Telephone (512) 463-2012
Facsimile (512) 320-0911
Amber.Ahmed@oag.texas.gov
Ian.Lancaster@oag.texas.gov
Carl.Myers@oag.texas.gov

*Counsel for Plaintiff State of Texas*


TREG TAYLOR
**Attorney General of Alaska**

*/s/Mary Hunter Gramling*
Mary Hunter Gramling*
STATE OF ALASKA
DEPARTMENT OF LAW
P.O. Box 110300
Juneau, AK 99811-0300
Telephone: (907) 465-3600
Facsimile: (907) 465-2520
Email: mary.gramling@alaska.gov

*Counsel for Plaintiff State of Alaska*


LYNN FITCH
**Attorney General of Mississippi**

Justin L. Matheny*
  *Deputy Solicitor General*
MISSISSIPPI ATTORNEY GENERAL'S
OFFICE
P.O. Box 220
Jackson, MS 39205
(601) 359-3680
justin.matheny@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*


STEVE MARSHALL
**Attorney General of Alabama**

Edmund G. LaCour Jr.*
  *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov

*Counsel for Plaintiff State of Alabama*


TIM GRIFFIN
**Attorney General of Arkansas**

*/s/Nicholas J. Bronni*
Nicholas J. Bronni*
  *Solicitor General*
Dylan L. Jacobs*
  *Deputy Solicitor General*
OFFICE OF THE ARKANSAS ATTORNEY
GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
Nicholas.Bronni@ArkansasAG.gov

dylan.jacobs@arkansasag.gov

*Counsel for Plaintiff State of Arkansas*

**ASHLEY MOODY**
**Attorney General of Florida**

Natalie P. Christmas*
 *Counselor to the Attorney General*
OFFICE OF THE FLORIDA ATTORNEY
GENERAL
PL-01 the Capitol
Tallahassee, Florida 32399
(850) 414-3300
natalie.christmas@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

**KRIS W. KOBACH**
**Attorney General of Kansas**

Erin B. Gaide*
 *Assistant Attorney General*
Memorial Building, 2nd Floor
120 S.W. 10th Avenue
Topeka, Kansas 66612-1597
Tel: (785) 296-2215
Fax: (785) 296-2218
Email: erin.gaide@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

**MICHAEL T. HILGERS**
**Attorney General of Nebraska**

Grant D. Strobl*
 *Assistant Solicitor General*
OFFICE OF THE NEBRASKA ATTORNEY
GENERAL
2115 State Capitol
Lincoln, NE 68509
(402) 471-2683
Grant.Strobl@nebraska.gov

*Counsel for Plaintiff State of Nebraska*

**ALAN WILSON**

**CHRISTOPHER M. CARR**
**Attorney General of Georgia**

Stephen J. Petrany*
 *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

*Counsel for Plaintiff State of Georgia*

**AUSTIN KNUDSEN**
**Attorney General of Montana**

Christian B. Corrigan*
 *Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
P.O. Box 201401
Helena, Montana 59620-1401
(406) 444-2026
christian.corrigan@mt.gov

*Counsel for Plaintiff State of Montana*

**GENTNER DRUMMOND**
**Attorney General of Oklahoma**

Garry M. Gaskins, II*
 *Solicitor General*
OFFICE OF OKLAHOMA ATTORNEY
GENERAL
313 NE 21st Street
Oklahoma City, Oklahoma 73105
(405) 521-3921
Garry.Gaskins@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

**SEAN D. REYES**

**Attorney General of South Carolina**

Joseph D. Spate*
  *Assistant Deputy Solicitor General*
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for Plaintiff State of South Carolina*
**PATRICK MORRISEY**
**Attorney General of West Virginia**

Michael R. Williams*
  *Principal Deputy Solicitor General*
OFFICE OF THE WEST VIRGINIA
ATTORNEY GENERAL
1900 Kanawha Blvd. East
Building 1, Room E-26
Charleston, WV 25305
Tel: (304) 558-2021
Michael.R.Williams@wvago.gov

*Counsel for Plaintiff State of West Virginia*


*\*Pro Hac Vice*

**Attorney General of Utah**

Stanford E. Purser*
  *Utah Solicitor General*
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
Telephone: (801) 538-9600
spurser@agutah.gov

*Counsel for Plaintiff State of Utah*
**BRIDGET HILL**
**Attorney General of Wyoming**

D. David DeWald*
  *Deputy Attorney General*
OFFICE OF THE ATTORNEY GENERAL
OF WYOMING
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
david.dewald@wyo.gov

*Counsel for Plaintiff State of Wyoming*