UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

The State of LOUISIANA,
By and through its Attorney General,
Elizabeth B. Murrill; et al.

    *Plaintiffs*,

v.

Joseph R. BIDEN,
in his official capacity as
President of the United States; et al.

    *Defendants*.
_____/

Case No. 2:24-CV-406-JDC-TPL

Judge James D. Cain, Jr.
Magistrate Judge Thomas P. LeBlanc

## ORDER

CONSIDERING the Motion to Withdraw as Counsel [Doc. 89];

IT IS ORDERED that the motion is GRANTED, and, accordingly, Natalie P. Christmas is withdrawn as counsel of record for the State of Florida in this matter, and Natalie P. Christmas shall be removed from receiving notices filed in this matter effective from the date of this order.

SO ORDERED at Lake Charles, Louisiana, this 28th day of February, 2025.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE