# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 12, 2025

Mr. Daniel J. McCoy
Western District of Louisiana, Lake Charles
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

    No. 24-30489    State of Louisiana v. Biden
                         USDC No. 2:24-CV-406

Dear Mr. McCoy,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Rebecca Andry, Deputy Clerk
                              504-310-7638

cc w/encl:
    Mr. Jorge Benjamin Aguinaga
    Mr. Nicholas J. Bronni
    Ms. Morgan Brungard
    Mr. Christian Brian Corrigan
    Mr. D. David DeWald
    Mr. Garry M. Gaskins II
    Mr. Allen Huang
    Mr. Dylan L. Jacobs
    Ms. Arielle Mourrain Jeffries
    Mr. Edmund Gerard LaCour Jr.
    Mr. Ian Lancaster
    Mr. Justin Lee Matheny
    Mr. Ronald W. Opsahl
    Mr. Stephen John Petrany
    Mr. Anthony J. Powell
    Mr. Stanford E. Purser
    Mr. Joseph David Spate
    Mr. Grant Donald Strobl
    Mr. Jeffrey Scott Thomas
    Mr. Peter Martin Torstensen Jr.
    Mr. Michael Ray Williams

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 12, 2025
Lyle W. Cayce
Clerk

No. 24-30489

_____

STATE OF LOUISIANA; STATE OF TEXAS; STATE OF MISSISSIPPI; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF KANSAS; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF UTAH; STATE OF WEST VIRGINIA; STATE OF WYOMING,

*Plaintiffs—Appellees*,

*versus*

JOSEPH R. BIDEN, JR.; UNITED STATES DEPARTMENT OF ENERGY; JENNIFER GRANHOLM; DAVID M. TURK; GERI RICHMOND; BRAD CRABTREE; AMY SWEENEY,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 2:24-CV-406

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of March 12, 2025, pursuant to appellant's motion.

Case 2:22-cv-02436-TPB Document 88-2 Filed 03/12/25 Page 3 of 3 PageID #: 1710
Case: 24-30489 Document: 295 Page: 2 Date Filed: 03/12/2025

No. 24-30489

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Rebecca Andry, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT