# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.,* | Case No. 2:24-cv-00406 |
| Plaintiffs, | Hon. Judge James D. Cain, Jr. |
| v. | Hon. Magistrate Judge Thomas P. LeBlanc |
| DEPARTMENT OF ENERGY, *et al.,* | **JOINT STIPULATION OF DISMISSAL** |
| Defendants. | |

The States brought this action to challenge the Department of Energy's ("DOE") January 2024 decision to pause consideration of liquified natural gas ("LNG") export applications. On January 20, 2025, President Trump issued the Executive Order entitled "Unleashing American Energy." *See* https://www.whitehouse.gov/presidential-actions/2025/01/unleashing-american-energy/. Section 8 of that Executive Order directed the Secretary of Energy to "restart reviews of applications for approvals of liquified natural gas export projects as expeditiously as possible." *Id.* On January 21, 2025, DOE confirmed it had "reversed" the Biden Administration's LNG pause and directed "the Office of Fossil Energy and Carbon Management ("FECM") to resume consideration of pending applications to export American LNG to countries without free trade agreements." *See* https://www.energy.gov/articles/us-department-energy-reverses-biden-lng-pause-restores-trump-energy-dominance-agenda. Because the policy the States were challenging has been reversed, this matter is moot. *See, e.g., U.S. Navy SEALs 1-26 v. Biden*, 72 F.4th 666, 669 (5th Cir. 2023).

Accordingly, the parties hereby stipulate to the dismissal of this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted this 1st day of April, 2025.

**ELIZABETH B. MURRILL**
**Attorney General of Louisiana**

*/s/ Morgan Brungard*
Morgan Brungard (LA #40298)
*Deputy Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
(225) 999-6864

*On behalf of all Plaintiff States*


ADAM GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ J. Scott Thomas*

J. SCOTT THOMAS
Trial Attorney
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-3553 (Thomas)
jeffrey.thomas2@usdoj.gov

*On behalf of Defendants*